IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MOUSA SEHAT, # A 221-347-982                                                    PETITIONER

VERSUS                                              CIVIL ACTION NO. 5:26cv226-DCB-BWR

WARDEN, ADAMS COUNTY
CORRECTIONAL CENTER; DIRECTOR,
IMMIGRATION CUSTOMS AND
ENFORCEMENT NEW ORLEANS FIELD
OFFICE; and SECRETARY, UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY                                                                       RESPONDENTS

## ORDER REQUIRING RESPONDENTS TO ANSWER

BEFORE THE COURT are pro se Petitioner Mousa Sehat's Petition for Writ of Habeas

Corpus [1], pursuant to 28 U.S.C. § 2241, and Memorandum in Support [2]. He is an alien

detainee in the custody of the Department of Homeland Security, who challenges his continued

detention.

The Court notes that the proper Respondent is the "person having custody over the person

detained." 28 U.S.C. § 2243. *See also*, 28 U.S.C. § 2242. Therefore, the Secretary of the

Department of Homeland Security is removed as a Respondent in this matter. Further, the Court

has considered the matter and is of the opinion that Respondents Warden, Adams County

Correctional Center, and Director, ICE New Orleans Field Office, shall respond to the Petition.

**IT IS THEREFORE ORDERED** that the Secretary of the United States Department of

Homeland Security is hereby removed as a Respondent in this case.

**IT IS FURTHER ORDERED** that Respondents Warden, Adams County Correctional

Center, and Director, Immigration and Customs Enforcement New Orleans Field Office, shall

file an answer or other responsive pleading in this case within 20 days of the service of a copy of

this Order.  **Respondents shall file with the answer or other responsive pleading any agency records or court records relevant to the disposition of this cause including but not limited to documents or records identifying the type of detention and the authority for the detention applicable to Petitioner's case.**  If Petitioner desires to file a rebuttal, he may do so within fourteen days after Respondents file an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, *by certified mail*, a copy of the Petition [1] and Memorandum [2] filed herein and a copy of this Order upon **Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 501 East Court Street, Suite 4.430, Jackson, Mississippi 39201; **Attorney General of the United States**, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001; and **Warden**, Adams County Correctional Center, Post Office Box 850, Washington, Mississippi 39190.

The Petitioner should understand that this Order directing the Respondents to respond does not reflect any opinion of this Court that the claims contained in the Petition will or will not be determined to be meritorious.

Petitioner is warned that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**IT IS FURTHER ORDERED** that the Clerk of Court shall also serve a copy of this Order upon pro se Petitioner Mousa Sehat by mailing same to his last known address.

**SO ORDERED**, this the 26th day of May, 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE